**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-7388**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

JERRY LEE KEY,

        Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (2:97-cr-00033-1)

Submitted: February 15, 2018          Decided: February 20, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Lee Key, Appellant Pro Se. John J. Frail, Jennifer Rada Herrald, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Key appeals the district court's order denying his motion for reimbursement of a $1000 fine ordered as part of his 1997 sentence for being a felon in possession of a firearm. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Key*, No. 2:97-cr-00033-1 (S.D.W. Va. Sept. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*